IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KARL C. MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. MAGRUDER; MARTY C. ALLEN; DEAN BROOME; JOHN C. DEMOULPIED; JOHN DOE; LINDSEY MCHERN; M. LANE; S. KNOX, B. GEIGER; JANE DOE; SECOND JANE DOE; MARCUS OCCHIPINTI; JOHNNY DUNN; JAMES ODETT; and THOMAS PERRY,<br><br>    Defendants. | CIVIL ACTION NO.: 6:17-cv-40 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for Plaintiff's failure to follow this Court's Orders and failure to prosecute and **DISMISSES as moot** Plaintiff's pending Motions, (docs. 2–4). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 25th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff submitted a pleading entitled "Notice" more than two weeks after any Objections were due. (Doc. 7.) Nothing in this pleading is responsive to the Magistrate Judge's Report and Recommendation.